LASELL, Respondent, v. RIEMER, Appellant.

(229 N. W. 300.)

(File No. 6989. Opinion filed February 21, 1930.)

*Robert F. Riemer,* of Sioux Falls, for Appellant.
*M. C. Lasell,* of Aberdeen, for Respondent.

PER CURIAM. In the above cause an appeal is sought to be taken from a judgment and an order denying a new trial. The notice of appeal was served on November 15, 1929, and no brief has yet been served or filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal is deemed abandoned, and the judgment and order appealed from are affirmed.